STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

MICHAEL K. KAWAHARA
THOMAS J. BRADY
Assistant U.S. Attorneys
Room 6-100, Federal Building
300 Ala Moana Blvd.
Honolulu, HI 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. _____ |
| Plaintiff, ) | INDICTMENT (21 U.S.C. 846, 841(a)(1) |
| VS. ) | |
| FAUSTO LACHICA FELIX, (01) ) ANITA DILLARD FELIX, (02) ) | |
| Defendants. ) | |

CR00-00049

## INDICTMENT

Count 1:

The Grand Jury charges that:

From a time unknown to the Grand Jury up through and including on or about January 21, 2000 in the District of Hawaii and elsewhere, defendants:

**FAUSTO LACHICA FELIX** (hereinafter "Fausto Felix"), and
**ANITA DILLARD FELIX** (hereinafter "Anita Felix")

and others known and unknown to the grand jury knowingly and intentionally conspired to distribute and to possess with intent

to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,

A violation of Title 21, United States Code, Section 841(a)(1).

### Overt Acts:

In furtherance of this conspiracy and in order to obtain the objects thereof, the following overt acts, among others, were committed in the District of Hawaii and elsewhere:

1. On or about January 10, 2000 in the District of Hawaii, Fausto Felix delivered approximately 448 grams (net weight) of methamphetamine to another person.

2. On or about January 16, 2000 in the District of Hawaii, Fausto Felix met with this same person referenced in Overt Act #1,

3. On or about January 16, 2000 in the District of Hawaii, Anita Felix met with this same person referenced in Overt Act #1,

All in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

### Count 2:

The Grand Jury further charges that:

On or about January 10, 2000 in the District of Hawaii,

defendants:

**FAUSTO LACHICA FELIX** and
**ANITA DILLARD FELIX**

knowingly and intentionally distributed fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

DATED: Honolulu, Hawaii, February 02, 2000.

A TRUE BILL.

/s/
_____
GRAND JURY FOREPERSON

_____
STEVEN S. ALM
United States Attorney

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
MICHAEL K. KAWAHARA
THOMAS J. BRADY
Assistant U.S. Attorneys

USA v. Fausto and Anita Felix, USDC-Hawaii, Indictment.

3